MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 09 2016

**BRUNE**

Brune Law P.C.
450 Park Avenue
New York, NY 10022
212 668 1900
www.brunelaw.com

June 9, 2016

**BY EMAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States of America v. Jason Galanis, et al.*, No. 1:16-CR-00371 (RA)

Dear Judge Abrams:

As Your Honor knows, we have represented Hugh Dunkerley, a defendant in the above-captioned matter, during the investigation and have appeared for him thus far for bail purposes only. Yesterday, during the conference, we learned of the vast scope of discovery that is anticipated in this matter thus far – the government has requested that each defendant provide a one terabyte drive for the initial production – and have discussed with Mr. Dunkerley his financial resources. We do not believe that Mr. Dunkerley's resources would remotely support hiring a lawyer to defend him in this matter.

Accordingly, based on my discussion with Your Honor's deputy clerk, I enclose a CJA affidavit for Your Honor's consideration.

Respectfully submitted,

Susan E. Brune

cc:   Brian R. Blais, Aimee Hector, Rebecca Mermelstein, Assistant United States Attorneys

Enclosure

> The parties shall appear for a conference to address Mr. Dunkerley's representation on June 14, 2016 at 11:00 a.m.  So ordered.
>
> Ronnie Abrams, U.S.D.J.
> June 9, 2016