

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2017

**BY EMAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    <u>United States v. Devon Archer et al.</u>,
                S1 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes in brief response to defendant Devon Archer's motion for an order requiring all defendants in the above referenced matter to immediately return or destroy the production of emails (the "Archer Emails") obtained pursuant to a search warrant executed on email accounts belonging to Devon Archer. In light of the significant and baseless accusations Archer has levelled against the Government, the Government respectfully requests leave to file any response by the end of the day tomorrow. The Government has no objection, however, to the immediate entry of an Order directing that no other defendant access or review the Archer Emails until the resolution of the present motion.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                           By:  <u>/s/ Rebecca Mermelstein         </u>
                                          Rebecca Mermelstein
                                          Assistant United States Attorneys
                                          (212) 637-2360

cc:     Matthew Schwartz