

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2018
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

July 19, 2018

**BY EMAIL**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> July 20, 2018

Re:     **United States v. Hugh Dunkerley, S2 16 Cr. 371 (RA)**

Dear Judge Abrams:

On or about June 13, 2017, defendant Dunkerley pled guilty to the above-referenced Information. At the time of the plea, both the Information and plea transcript were sealed. With the consent of defense counsel, the Government respectfully requests that the S2 Information and plea transcript now be unsealed.

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/ Brendan F. Quigley
Rebecca Mermelstein
Brendan F. Quigley
Negar Tekeei
Assistant United States Attorneys
(212) 637-2360/2190/2442

cc:   Joseph Grob, esq. (via e-mail)