USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HUGH DUNKERLEY,

               Defendant.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A conference is scheduled for March 11, 2020 at 11:30 a.m. to address Mr. Grob's request to be replaced as counsel for defendant Hugh Dunkerely. Mr. Avraham C. Moskowitz, a member of the CJA Panel, shall attend.

SO ORDERED.

Dated:    February 27, 2020
            New York, New York

                                                       Ronnie Abrams
                                                       United States District Judge