USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Hugh Dunkerley

**ORDER**

16 Cr. 371 (RA)
Docket #

Ronnie Abrams, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case Joseph Aaron Grob (Attorney's Name) is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Avraham Chaim Moskowitz (Attorney's Name), NUNC-PRO-TUNC 3/12/2020.

SO ORDERED. 3-13-20

UNITED STATES DISTRICT JUDGE

Dated: New York, New York