

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2020

Application granted. The control sentence date is adjourned to January 15, 2021 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 13, 2020

**By Email and ECF**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Hugh Dunkerley**, 16 Cr. 371 (RA)

Dear Judge Abrams:

A sentencing control date is currently scheduled for July 17, 2020 in this case. The Government writes to respectfully request that the Court set a new sentencing control date for this matter for a date approximately six months from today. Defense counsel has no objection to this request.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By:   /s/ Negar Tekeei
Rebecca Mermelstein
Negar Tekeei
Assistant United States Attorneys
(212) 637-2360/2482

cc:   Avraham C. Moskowitz, Esq. (via ECF)