

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2022

**By ECF**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Hugh Dunkerley</u>, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes, with the consent of defendant Hugh Dunkerley, to respectfully request an adjournment of the January 21, 2022 sentencing control date in this case. The parties respectfully request that the Court adjourn the sentencing control date by approximately six months.

Application granted. The control sentence date is adjourned to July 22, 2022 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 19, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Negar Tekeei_____
     Rebecca Mermelstein
     Negar Tekeei
     Assistant United States Attorneys
     (212) 637-2360/2482

cc:    Avraham C. Moskowitz, Esq. (via ECF)