```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HUGH DUNKERLEY, et al

Defendant.

No. 16-CR-371-04

ORDER

RONNIE ABRAMS, United States District Judge:

The sentence for Mr. Dunkerley is rescheduled to October 7, 2022 at 2:30 p.m. The Court will order the issuance of the Presentence Investigation Report at this time.

SO ORDERED.

Dated:   June 2, 2022
         New York, New York

Ronnie Abrams
United States District Judge