# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

June 9, 2022

**By ECF**
Hon. Ronnie Abrams
U.S. District Judge
U.S. Courthouse
40 Centre Street
New York, N.Y. 10007

Re: <u>U.S. v. Hugh Dunkerley</u>
16 Cr. 371 (RA)

Application granted. Mr. Dunkerley is permitted to renew his passports.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
June 10, 2022

Dear Judge Abrams:

    This letter is respectfully submitted on behalf of the defendant, Hugh Dunkerley, in connection with his proposed travel to the United Kingdom and France as authorized by the Court on June 1, 2022.  (ECF No. 1025.)

    Mr. Dunkerley's pretrial services officer has informed him that his United Kingdom and United States passports have both expired in the interim since they were surrendered, and that Mr. Dunkerley will require a Court Order permitting him to renew them before they can be renewed so that he can travel.

    Accordingly, Mr. Dunkerley respectfully requests that the Court issue an Order permitting Mr. Dunkerley to renew his passports.

    Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Avraham C. Moskowitz

cc: AUSA Rebecca Mermelstein (by ECF)