

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2022

**By ECF**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to December 16, 2022 at 4:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 28, 2022

Re:   **United States v. Hugh Dunkerley**, 16 Cr. 371 (RA)

Dear Judge Abrams:

The Government writes, with the consent of defendant Hugh Dunkerley, to respectfully request an adjournment of the October 4, 2022 sentencing proceeding in this case. The parties respectfully request that the Court adjourn the sentencing control date to a date and time convenient for the Court in December.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

          By:   /s/ Negar Tekeei
                Negar Tekeei
                Assistant United States Attorneys
                (212) 637-2482

cc:   Avraham C. Moskowitz, Esq. (via ECF)