

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2022

**By ECF**
The Honorable Ronnie Abrams
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to January 19, 2023 at 9:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 21, 2022

Re:   <u>United States v. Hugh Dunkerley</u>, 16 Cr. 371 (RA)

Dear Judge Abrams:

The Government writes, on behalf of the parties, to respectfully request an adjournment of the December 16, 2022 sentencing proceeding due to scheduling conflicts. The parties respectfully request that the Court reschedule the sentencing to January 19, 2023 at 9 a.m., a date and time provided by the Court's staff.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Negar Tekeei
Negar Tekeei
Assistant United States Attorneys
(212) 637-2482

cc:   Avraham C. Moskowitz, Esq. (via ECF)