**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

March 3, 2023

**By ECF**
Hon. Ronnie Abrams
U.S. District Judge
U.S. Courthouse
40 Centre Street
New York, N.Y. 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 3, 2023

Re: <u>U.S. v. Hugh Dunkerley</u>
16 Cr. 371 (RA)

Dear Judge Abrams:

     This letter is respectfully submitted on behalf of the defendant, Hugh Dunkerley, to request that the Court direct the Pretrial Services Agency to return Mr. Dunkerley's passports, that it has maintained in its possession since his arrest.

     On January 19, 2023, Your Honor sentenced Mr. Dunkerley to time-served, following his guilty plea to various fraud charges in the above-captioned action. Following the sentencing, I was contacted by Izlia Sanchez of the Pretrial Services Agency, who informed me that the agency is holding Mr. Dunkerley's passports and that if he wanted them back, he needed a Court Order directing that they be returned. Accordingly, by this letter, I am requesting that the Court direct the Pretrial Services Agency to return Mr. Dunkerley's passports to him as soon as possible.

     Thank you for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Rebecca Mermelstein (by email)
    AUSA Negar Tekeei (by email)