**MOSKOWITZ COLSON
GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

May 24, 2024

**By ECF**
Hon. Ronnie Abrams
U.S. District Judge
U.S. Courthouse
40 Centre Street
New York, N.Y. 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 24, 2024

Re: <u>U.S. v. Hugh Dunkerley</u>
16 Cr. 371 (RA)

Dear Judge Abrams:

On January 19, 2023, Your Honor sentenced Mr. Dunkerley to time-served and three years of supervised release following his plea of guilty to charges including conspiracy to commit securities fraud, securities fraud and bankruptcy fraud. The Court also required Mr. Dunkerley to serve 300 hours of community service as part of his supervised release, a requirement that he has already completed.

On May 17, Mr. Dunkerley's mother, Charlotte Margaret Herschel Thornton, passed away in the United Kingdom at the age of 84. Her funeral is scheduled to take place in the United Kingdom over the weekend of June 21-23. Naturally, Mr. Dunkerley would like to travel to the United Kingdom to attend his mother's funeral. While he is abroad, he would also like to take the opportunity to travel to France to visit his elderly in-laws. If permitted by the Court to travel, he would leave Los Angeles on June 18 and remain in the United Kingdom until June 28, at which time he would travel to France where he would remain until July 7, after which he would return to Los Angeles through London. Of course, if permitted to travel, Mr. Dunkerley would give the Probation Department his flight information and the addresses at which he would be staying.

I have discussed this matter with AUSA Negar Tekeei who advised that the Government has no objection to this request. I have also been advised that the Probation Department has no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Negar Tekeei (by email)